AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court
## *District of Kansas*

**UNITED STATES OF AMERICA**         JUDGMENT OF ACQUITTAL

    v.

DANIEL MONTGOMERY      CASE NUMBER:    03-20127-01-KHV

Pursuant to the Memorandum and Order filed June 9, 2005, IT IS ORDERED that the jury verdict is Vacated and the Defendant is acquitted and discharged.

Ralph L. DeLoach
Clerk

s/ Linda South, Deputy Clerk
Name and Title of Deputy Clerk

June 9, 2005
Date